UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE: Valsin, Tammy Raynette   CASE NO. 11-51001

## NOTICE

Notice is hereby given that a hearing on the debtors motion for turnover will be held in the courtroom of the United States Bankruptcy Court, 1st floor, Suite 110, 214 Jefferson St., Lafayette, LA 70501 on October 22, 2014 at 8:30a a.m., if and only if an objection is filed.

/s/ Gregory R. O. DeKeyzer
Attorney for Debtor
Bar Number 4821
P.O. Box 12521
New Iberia, LA 70562
337.367.0214
greg@dekeyzerlaw.com

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

IN RE: Valsin, Tammy Raynette                                   CASE NO. 11-51001

## CERTIFICATE OF MAILING

I, Gregory R. Olivier DeKeyzer, attorney for the debtor in this case, do hereby certify that I served a copy of the Motion for Turnover, to the following parties by placing a copy of same in the U.S. Mail, postage prepaid, or via e-mail/PACER on September 24, 2014.

Keith Rodriguez
P.O. Box 3445
Lafayette, LA 70502

Tammy Raynette Valsin
1013 Bourda Rd
Saint Martinville, LA 70582

InSolve Recovery, LLC as assignee of
GE Capital c/o Capital Recovery Group, LLC
and/or original account holder GE Money Bank
1790 E. River Road, Ste 101
Tucson, AZ 85718


/s/ Gregory R. O. DeKeyzer
Attorney for Debtor
Bar Number 4821
P.O. Box 12521
New Iberia, LA 70562
337.367.0214
greg@dekeyzerlaw.com